**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| SALOMON CAMPOS, JR. | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 2:25-cv-00269 |
| | § | |
| CITY OF HARLINGEN, ET AL | § | |
| *Defendant.* | § | |

**DEFENDANTS' MOTION FOR WITHDRAWAL OF DOCUMENTS**

County Defendants file this motion to withdrawal two exhibits attached to their

Memorandum in Support of Motion to Transfer Venue.

### A.　INTRODUCTION

**1.1** Plaintiff is Salomon Campos, Jr.; County Defendants are Luis V. Saenz ("Saenz"),

Noe Garza, Jr. ("Garza"), and Adela Kowalski-Garza ("Kowalski") (hereinafter

collectively referred to as "County Defendants").

**1.2** Plaintiff sued County Defendants for an (1) alleged violation of the Sixth

Amendment of the United States Constitution, (2) malicious prosecution, (3)

conspiracy to violate civil rights, and (4) failure to intervene.

### B.　FACTUAL BACKGROUND

**2.1** On October 13, 2025, Plaintiff Salomon Campos Jr. filed sued against the

Defendants. Dkt No. 1.

**2.2** On December 29, 2025, County Defendants filed their motion to transfer venue

(Dkt No. 8), two exhibits (Dkt Nos. 8-1 and 8-2), and an order (Dkt No. 8-3).

**2.3** On December 30, 2025, counsel for County Defendants reviewed PACER's receipt

of filing and noticed the two exhibits (Dkt Nos. 8-1 and 8-2) and consequently filed this motion to ask the Court to withdraw the two exhibits.

## C.  ARGUMENT

3.1 Counsel requests that the Court withdraws the two exhibits attached to County Defendants' motion to transfer venue as they were unintentionally filed. When counsel began drafting the motion to transfer, he intended to do a detailed, twenty-page motion which outlined each and every contour of the underlying case to show the Court that venue was better suited for Brownsville, Texas. Upon further consideration, it was determined that simpler was better given the nascent stage of the case and discovery had yet to commence. As such, the two exhibits are neither referenced in the motion to transfer nor are they relevant at this point of the case. *See* Dkt No. 8. Consequently, the County Defendants ask the Court to withdraw the two exhibits thereby only leaving the motion to transfer (Dkt No. 8) and associated order granting (Dkt No. 8-3).

## D.  PRAYER

4.1 County Defendants pray the Court grants their motion to withdraw documents 8-1 and 8-2 as they are not relevant at this point in the case.

Respectfully submitted,

COMMISSIONERS COURT-
CIVIL LEGAL DIVISION

1100 East Monroe Street
Brownsville, Texas  78520
Telephone:  (956) 550-1345
Facsimile:   (956) 550-1348

By: /s/ *Juan A. Gonzalez*
Juan A. Gonzalez
Attorney in Charge
Texas State Bar No. 08129310
Southern District No. 3472
juan.gonzalez@co.cameron.tx.us

## CERTIFICATE OF SERVICE

I, Juan A. Gonzalez, do hereby certify that service of a true and correct copy of the foregoing document will be served electronically c/o U.S. District Court, Southern District of Texas-Corpus Christi Division, via the Court's Automatic Filing System, this 30th day of December, 2025.

*/s/ Juan A. Gonzalez*
Juan A. Gonzalez