**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| SALOMON CAMPOS, JR. | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 2:25-cv-00269 |
| | § | |
| CITY OF HARLINGEN, ET AL | § | |
| *Defendant.* | § | |

**ORDER ON DEFENDANTS' MOTION FOR WITHDRAWAL OF DOCUMENTS**

On this date the Court considered County Defendants: Luis V. Saenz, Noe Garza, Jr., and Adela Kowalski-Garza's motion for withdrawal of documents. After considering this Motion, the Court is of the opinion that it should be granted.

SIGNED on _____, 20_.

_____
DAVID S. MORALES
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*/s/ Juan Gonzalez*
Juan Gonzalez