United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SALOMON CAMPOS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-167 |
| | § | |
| CITY OF HARLINGEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After being found not guilty of capital murder by a jury in 2024, Plaintiff Salomon Campos, Jr. filed this civil rights lawsuit against Defendants City of Harlingen, Raul Roy Garza, Scott Vega, Manuel Tovar, Luis Saenz, Noe Garza, and Adela Garza.[1] (Compl., Doc. 1) He alleges causes of action for malicious prosecution, illegal search and seizure, and other violations of his constitutional rights.

The Defendants filed motions to dismiss, (Motions, Doc. 14, 18, 24), and a United States Magistrate Judge recommends that the Court grant those motions. (R&R, Doc. 48) No party objected to the Report and Recommendation and the deadline for doing so expired on August 5, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 48). It is:

[1] Campos also sought relief against the Texas Department of Public Safety, but he later dismissed it as a defendant. (Notice, Doc. 43)

**ORDERED** that Defendants Adela Kowalski-Garza, Noe Garza, and Luis Saenz's Motion to Dismiss (Doc. 14) is **GRANTED;**

**ORDERED** that Defendants City of Harlingen, Texas, Manuel Tovar, and Scott Vega's Motion to Dismiss (Doc. 18) is **GRANTED**;

**ORDERED** that Defendant Raul Roy Garza's Motion to Dismiss Pursuant to Federal Rule of Procedure 12(b)(6) (Doc. 24) is **GRANTED**; and

**ORDERED** that Plaintiff Salomon Campos, Jr.'s causes of action are **DISMISSED WITH PREJUDICE**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on August 7, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge